■ ELLEN J. ERIKSEN, Respondent, v. ELLEN M. SCHILLER, Appellant.— Motion by appellant to dispense with printing, denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ HASTINGS PETROLEUM CORPORATION, Respondent, v. INCORPORATED VILLAGE OF HASTINGS-ON-HUDSON, Appellant.— On the call of the calendar, oral motion by appellant for a further extension of time to perfect the appeal, granted; time extended to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Oral cross motion by respondent to dismiss appeal, denied. The appellant's brief must be served and filed on or before March 13, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ In the Matter of MICHAEL BROWNE, Respondent, v. NEW YORK STATE BOARD OF PAROLE et al., Appellants.— Motion by appellants for reargument and for leave to appeal to the Court of Appeals, and cross motion by respondent to enforce the order appealed from, referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion by appellants for reargument denied. Motion by appellants for leave to appeal to the Court of Appeals denied. Cross motion by respondent to enforce the order appealed from denied, without prejudice. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of ARNOLD CARLSON, Respondent, v. EMIL M. PODEYN et al., Constituting the Board of Assessment of Nassau County, Appellants.— Motion by petitioner for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of ELINOR HONER, Respondent, v. FREDERICK HONER, Appellant.— Motion by appellant for a stay of the order appealed from, pending appeal, and to dispense with printing, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of EDWARD J. KLEIN, Petitioner, v. DEPARTMENT OF MENTAL HYGIENE OF THE STATE OF NEW YORK et al., Respondents.— Motion by petitioner to dispense with printing granted. The proceeding will be heard on the original papers (including the typed minutes) and on petitioner's typewritten brief, which shall include a copy of any opinion or decision rendered by respondents or the hearing officer. The petitioner is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of JACK STERNGASS.— Motion by a suspended attorney, whose period of suspension has expired, for reinstatement to the Bar, referred: (a) to the Committee on Character and Fitness of the Second Judicial District for investigation and report as to the applicant's character and fitness and as to his activities and conduct since his suspension, and for the committee's recommendation; and (b) to the District Attorney of Kings County, the petitioner in the prior disciplinary proceeding, for a statement with his comments and recommendation. The motion will be held in abeyance pending the filing of said report and statement. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of ABRAHAM TAWIL, Appellant-Respondent, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion by petitioner to dispense with printing of the record, denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.